UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

JORDAN JOHNSON,

Petitioner,

vs.

STATE OF IOWA,

Respondent.

No. 14 cv 90 EJM

ORDER

This matter is before the court on Petitioner's habeas corpus petition filed July 16, 2014. Transferred.

The court has jurisdiction pursuant to 28 USC §1331.

Petitioner is currently confined in the Iowa Medical and Classification Center (IMCC) in Coralville, Iowa, in the Southern District.  Venue lies where the proper Respondent resides.   R.G.§2254 Cases, Rule 2(a); see also 28 U.S.C. §1391(b).

It is therefore

ORDERED

Transferred to the Southern District of Iowa.

August 8, 2014

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT